**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Andrew WINDSOR, a/k/a Joseph
Williams, a/k/a John Carlton Harris,
a/k/a Andrew Wilson, a/k/a Darryl
Thomas, Defendant—Appellant.**

No. 04–6566.

United States Court of Appeals,
Fourth Circuit.

Submitted July 21, 2004.

Decided Aug. 13, 2004.

Andrew Windsor, Appellant pro se.
Nash Whitney Schott, Assistant United
States Attorney, Alexandria, Virginia, for
Appellee.

Before WIDENER, MICHAEL, and
MOTZ, Circuit Judges.

PER CURIAM.

Andrew Windsor, a federal prisoner,
seeks to appeal the district court's order
denying relief on his motion filed under 18
U.S.C. § 3582(c)(2) (2000), which the dis-
trict court properly construed as a motion
under 28 U.S.C. § 2255 (2000). The dis-
trict court dismissed the motion as untime-
ly. This order is not appealable unless a
circuit justice or judge issues a certificate
of appealability. 28 U.S.C. § 2253(c)(1)
(2000). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2000). A prisoner sat-
isfies this standard by demonstrating that
reasonable jurists would find that his con-
stitutional claims are debatable and that
any dispositive procedural rulings by the
district court are also debatable or wrong.
*See Miller–El v. Cockrell,* 537 U.S. 322,
336, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th
Cir.2001). The record demonstrates that
the district court lacked jurisdiction to con-
sider the motion as Windsor failed to ob-
tain pre-filing authorization from this court
to file it. Windsor's failure to obtain pre-
filing authorization to file the § 2255 mo-
tion in the first instance precludes grant-
ing a certificate of appealability.

Accordingly, we deny a certificate of
appealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*